490

556 A.2d 373

In Rem Proceedings re Condemnation by the North Franklin Township Sanitary Authority of a Right of Way for Sewage System Purposes Affecting Land in North Franklin Township, Washington County, Pennsylvania, and being the properties of: John R. Kingston and Margaret Kingston, his wife.

Appeal of John R. KINGSTON and Margaret Kingston, his wife.

Supreme Court of Pennsylvania.

Argued March 7, 1989.

Decided March 21, 1989.

Peter M. Suwak, Washington, for appellant.

William Hart, Hart & Bush, Lucinda A. Bush, Washington, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Orders affirmed.